UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Mark F. Mulvihill and Debby S. Mulvihill,

Plaintiffs,

vs.

AMERICAN HOME PRODUCTS CORP., *et al.*,

Defendant.

Court File No.: 00-CV-1462/PAM/SRN

**STIPULATION AND ORDER TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT**

---

WHEREAS, on May 30, 2000, Plaintiff served its Summons and Complaint in the above-captioned action upon Defendant Interneuron Pharmaceuticals, Inc.;

WHEREAS, Defendants American Home Products Corp and Interneuron Pharmaceuticals removed this action to the United States District Court for the District of Minnesota on June 14, 2000; and

WHEREAS, Defendant requested a fourteen-day extension of the time in which to serve its Answer, move, or otherwise respond to Plaintiff's Complaint.

NOW, THEREFORE, it is hereby agreed, by and between Plaintiffs Mark F. Mulvihill and Debby S. Mulvihill and Defendant Interneuron Pharmaceuticals Inc., through their respective counsel, that Defendant shall have an extension until July 5, 200, in which to answer, move, or otherwise respond to the Complaint in the above-captioned action, unless the parties subsequently agree to extend the deadline set forth herein.

FILED JUN 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: June 21, 2000

MESHBESHER & SPENCE, LTD.

By: ______________________
Anthony J. Nemo (#221351)
2603 White Bear Avenue
Maplewood, MN 55109
(651) 777-5858

**ATTORNEYS FOR PLAINTIFFS MARK F. MULVIHILL AND DEBBY S. MULVIHILL**

Dated: June 21, 2000

MASLON EDELMAN BORMAN & BRAND

By: ______________________
Mark W. Lee (#184214)
3300 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
612/672-8200

**ATTORNEY FOR DEFENDANT INTERNEURON PHARMACEUTICALS, INC.**

**ORDER**

Based upon the foregoing Stipulation, it is hereby ordered that the above Stipulation shall be and hereby is adopted as the Order of this Court and that Defendant shall have an extension until July 5, 2000, in which to answer, move, or otherwise respond to the Complaint in the above-captioned action, unless the parties subsequently agree to extend the deadline set forth herein.

Dated: June 26, 2000

BY THE COURT:

Susan Richard Nelson

Susan R. Nelson
The Honorable United States Magistrate Judge

89223.1